| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Merritt, Gilbert S. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Sixth Circuit | 3. Date of Report<br><br>05/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>303 Customs House<br>701 Broadway<br>Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Southern Properties & Co. ▨▨▨ real estate partnership) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Merritt, Gilbert S.**

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Union Planters Bank, Nashville, TN | Mortgage on Cookeville Commons Shopping Center | P1 |
| 2. | | (See § VII, line 7) | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Properties & Co. (See below) | | | | | | | | | |
| 2. (A) Westgate Shopping Center, Nashville, TN | G | Rent | P1 | W | | | | | |
| 3. (B) White Castle, Nashville, TN | E | Rent | N | W | | | | | |
| 4. (C) 3 rental houses, Nashville, TN | E | Rent | N | W | | | | | |
| 5. (D) Cash -- interest bearing, SunTrust, Nashville, TN | D | Interest | M | T | | | | | |
| 6. Check & savings acct. SunTrust, Nashville, TN | A | Interest | L | T | | | | | |
| 7. Cookeville Commons Shop. Ctr., Cookeville, TN | G | Rent | P1 | W | | | | | |
| 8. Art collection -- paintings | | None | M | W | | | | | |
| 9. Airplane | | None | M | W | Sold | 01/20/10 | M | A | Chuck Armstrong |
| 10. SunTrust Bank Account | A | None | M | T | | | | | |
| 11. Berkshire Hathaway | A | Dividend | M | T | | | | | |
| 12. Heartland Express | A | Dividend | M | T | | | | | |
| 13. Sigma Aldrich | A | Dividend | L | T | | | | | |
| 14. Sysco Corp. | C | Dividend | M | T | | | | | |
| 15. Tech Data Corp. | A | Dividend | M | T | Sold (part) | 11/05/10 | J | A | |
| 16. U.S. Treas. Bills | C | Interest | N | T | | | | | |
| 17. Nashville Bank & Trust | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Vanguard Fund | D | Interest | O | T | | | | | Vanguard Fund |
| 19.  NBT Holdings | A | None | K | W | | | | | |
| 20.  U.S. Treasury Bills and Notes/see attached+ | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Line 20. Nine sales and purchases by Shayne & Company for my account throughout the year for a profit of E in the total amount of H1.

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

### Shayne & Co., LLC
# PURCHASE AND SALE
### *Gilbert S. Merritt*

*From 01-01-10 To 12-31-10*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| **PURCHASES** | | | | | |
| 04-21-10 | 04-22-10 | 373,000 | U.S. Treasury Bill 0.000% Due 07-22-10 | 99.96 | 372,863.30 |
| 07-21-10 | 07-22-10 | 377,000 | U.S. Treasury Bill 0.000% Due 10-21-10 | 99.96 | 376,857.12 |
| 10-20-10 | 10-21-10 | 388,000 | U.S. Treasury Bill 0.000% Due 04-21-11 | 99.91 | 387,666.53 |
| 11-10-10 | 11-12-10 | 33,000 | U.S. Treasury Bill 0.000% Due 04-21-11 | 99.94 | 32,980.20 |
| | | | | | 1,170,367.15 |
| **SALES** | | | | | |
| 04-22-10 | 04-22-10 | 366,000 | U.S. Treasury Bill 0.000% Due 04-22-10 | 100.00 | 366,000.00 |
| 07-22-10 | 07-22-10 | 373,000 | U.S. Treasury Bill 0.000% Due 07-22-10 | 100.00 | 373,000.00 |
| 09-14-10 | 09-15-10 | 1,000 | U.S. Treasury Bill 0.000% Due 10-21-10 | 99.99 | 999.89 |
| 10-21-10 | 10-21-10 | 376,000 | U.S. Treasury Bill 0.000% Due 10-21-10 | 100.00 | 376,000.00 |
| 11-05-10 | 11-10-10 | 300,000 | Tech Data Corp. | 46.21 | 13,864.08 |
| 11-05-10 | 11-10-10 | 85,000 | Tech Data Corp. | 46.21 | 3,928.15 |
| 11-08-10 | 11-12-10 | 109,000 | Tech Data Corp. | 45.66 | 14,110.19 |
| 12-13-10 | 12-14-10 | 2,000 | U.S. Treasury Bill 0.000% Due 04-21-11 | 99.95 | 1,998.97 |
| | | | | | 1,149,901.28 |

. Nashville, TN 37215-2776.

Shayne & Co., LLC
# PORTFOLIO APPRAISAL
## *Gilbert S. Merritt*

December 31, 2010

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct. Assets | Yield |
|---|---|---|---|---|---|---|---|
| **Cash/Money Mkt Fund** | | | | | | | |
| | Schwab U.S. Treasury Money Fund / Cash | | 5,744.10 | | 5,744.10 | 0.3 | 0.0 |
| | | | 5,744.10 | | 5,744.10 | 0.3 | 0.0 |
| **Treasury Bills** | | | | | | | |
| 419,000 | U.S. Treasury Bill 0.000% Due 04-21-11 | 99.92 | 418,648.45 | 99.96 | 418,830.31 | 19.6 | 0.1 |
| | | | 418,648.45 | | 418,830.31 | 19.6 | 0.1 |
| **ETFs and Mutual Funds** | | | | | | | |
| 13,460.000 | Vanguard Total Stock Market ETF | 37.30 | 502,080.31 | 64.93 | 873,957.80 | 40.9 | 1.8 |
| | | | 502,080.31 | | 873,957.80 | 40.9 | 1.8 |
| **Equities** | | | | | | | |
| 2,750.000 | Berkshire Hathaway Inc. Class B | 49.25 | 135,426.64 | 80.11 | 220,302.50 | 10.3 | 0.0 |
| 7,489.000 | Heartland Express Inc. | 3.33 | 24,928.78 | 16.02 | 119,973.78 | 5.6 | 0.5 |
| 2,500.000 | Sigma-Aldrich Corp. | 11.27 | 28,167.38 | 66.56 | 166,400.00 | 7.8 | 1.1 |
| 6,358.000 | Sysco Corp. | 22.92 | 145,731.31 | 29.40 | 186,925.20 | 8.8 | 3.5 |
| 2,426.000 | Tech Data Corp. | 28.44 | 69,007.57 | 44.02 | 106,792.52 | 5.0 | 0.0 |
| 2,157.000 | USG Corp. | 35.74 | 77,092.54 | 16.83 | 36,302.31 | 1.7 | 0.0 |
| | | | 480,354.22 | | 836,696.31 | 39.2 | 1.1 |
| **TOTAL PORTFOLIO** | | | 1,406,827.08 | | 2,135,228.52 | 100.0 | 1.2 |

3, Nashville, TN 37215-2776. Assets are held at an independent custodian. The SEC urges you to compare to custodian's statement. Appraisal prices, if shown, may be estimated in certain cases. Cost, if shown, is adjusted tax basis, which may differ from purchase price. Please check against your own records when filing a tax return.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gilbert S. Merritt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Merritt, Gilbert S. | U.S. Court of Appeals for the Sixth Circuit | 05/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 303 Customs House <br> 701 Broadway <br> Nashville, TN 37203 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Southern Properties & Co. ▓▓▓ real estate partnership) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Merritt, Gilbert S.  A

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Union Planters Bank, Nashville, TN | Mortgage on Cookeville Commons Shopping Center | P1 |
| 2. | (See § VII, line 7) | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Properties & Co. (See below) | | | | | | | | | |
| 2. (A) Westgate Shopping Center, Nashville, TN | G | Rent | P1 | W | | | | | |
| 3. (B) White Castle, Nashville, TN | E | Rent | N | W | | | | | |
| 4. (C) 3 rental houses, Nashville, TN | E | Rent | N | W | | | | | |
| 5. (D) Cash -- interest bearing, SunTrust, Nashville, TN | D | Interest | M | T | | | | | |
| 6. Check & savings acct. SunTrust, Nashville, TN | A | Interest | L | T | | | | | |
| 7. Cookeville Commons Shop. Ctr., Cookeville, TN | G | Rent | P1 | W | | | | | |
| 8. Art collection -- paintings | | None | M | W | | | | | |
| 9. Airplane | | None | M | W | Sold | 01/20/10 | M | A | Chuck Armstrong |
| 10. SunTrust Bank Account | A | None | M | T | | | | | |
| 11. Berkshire Hathaway | A | Dividend | M | T | | | | | |
| 12. Heartland Express | A | Dividend | M | T | | | | | |
| 13. Sigma Aldrich | A | Dividend | L | T | | | | | |
| 14. Sysco Corp. | C | Dividend | M | T | | | | | |
| 15. Tech Data Corp. | A | Dividend | M | T | Sold (part) | 11/05/10 | J | A | |
| 16. U.S. Treas. Bills | C | Interest | N | T | | | | | |
| 17. Nashville Bank & Trust | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Fund | D | Interest | O | T | | | | | Vanguard Fund |
| 19. NBT Holdings | A | None | K | W | | | | | |
| 20. U.S. Treasury Bills and Notes/see attached+ | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Line 20. Nine sales and purchases by Shayne & Company for my account throughout the year for a profit of E in the total amount of H1.

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Merritt, Gilbert S. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## Shayne & Co., LLC
# PURCHASE AND SALE
## *Gilbert S. Merritt*

*From 01-01-10 To 12-31-10*

| Trade Date | Settle Date | Quantity | Security | Unit Price | Amount |
|---|---|---|---|---|---|
| **PURCHASES** | | | | | |
| 04-21-10 | 04-22-10 | 373,000 | U.S. Treasury Bill 0.000% Due 07-22-10 | 99.96 | 372,863.30 |
| 07-21-10 | 07-22-10 | 377,000 | U.S. Treasury Bill 0.000% Due 10-21-10 | 99.96 | 376,857.12 |
| 10-20-10 | 10-21-10 | 388,000 | U.S. Treasury Bill 0.000% Due 04-21-11 | 99.91 | 387,666.53 |
| 11-10-10 | 11-12-10 | 33,000 | U.S. Treasury Bill 0.000% Due 04-21-11 | 99.94 | 32,980.20 |
| | | | | | 1,170,367.15 |
| **SALES** | | | | | |
| 04-22-10 | 04-22-10 | 366,000 | U.S. Treasury Bill 0.000% Due 04-22-10 | 100.00 | 366,000.00 |
| 07-22-10 | 07-22-10 | 373,000 | U.S. Treasury Bill 0.000% Due 07-22-10 | 100.00 | 373,000.00 |
| 09-14-10 | 09-15-10 | 1,000 | U.S. Treasury Bill 0.000% Due 10-21-10 | 99.99 | 999.89 |
| 10-21-10 | 10-21-10 | 376,000 | U.S. Treasury Bill 0.000% Due 10-21-10 | 100.00 | 376,000.00 |
| 11-05-10 | 11-10-10 | 300,000 | Tech Data Corp. | 46.21 | 13,864.08 |
| 11-05-10 | 11-10-10 | 85,000 | Tech Data Corp. | 46.21 | 3,928.15 |
| 11-08-10 | 11-12-10 | 309,000 | Tech Data Corp. | 45.66 | 14,110.19 |
| 12-13-10 | 12-14-10 | 2,000 | U.S. Treasury Bill 0.000% Due 04-21-11 | 99.95 | 1,998.97 |
| | | | | | 1,149,901.28 |

Nashville, TN 37215-2776.

## Shayne & Co., LLC
## PORTFOLIO APPRAISAL
### *Gilbert S. Merritt*

*December 31, 2010*

| Quantity | Security | Unit Cost | Total Cost | Price | Market Value | Pct. Assets | Yield |
|---|---|---|---|---|---|---|---|
| **Cash/Money Mkt Fund** | | | | | | | |
| | Schwab U.S. Treasury Money Fund / Cash | | 5,744.10 | | 5,744.10 | 0.3 | 0.0 |
| | | | 5,744.10 | | 5,744.10 | 0.3 | 0.0 |
| **Treasury Bills** | | | | | | | |
| 419,000 | U.S. Treasury Bill 0.000% Due 04-21-11 | 99.92 | 418,648.45 | 99.96 | 418,830.31 | 19.6 | 0.1 |
| | | | 418,648.45 | | 418,830.31 | 19.6 | 0.1 |
| **ETFs and Mutual Funds** | | | | | | | |
| 13,460.000 | Vanguard Total Stock Market ETF | 37.30 | 502,080.31 | 64.93 | 873,957.80 | 40.9 | 1.8 |
| | | | 502,080.31 | | 873,957.80 | 40.9 | 1.8 |
| **Equities** | | | | | | | |
| 2,750.000 | Berkshire Hathaway Inc. Class B | 49.25 | 135,426.64 | 80.11 | 220,302.50 | 10.3 | 0.0 |
| 7,489.000 | Heartland Express Inc. | 3.33 | 24,928.78 | 16.02 | 119,973.78 | 5.6 | 0.5 |
| 2,500.000 | Sigma-Aldrich Corp. | 11.27 | 28,167.38 | 66.56 | 166,400.00 | 7.8 | 1.1 |
| 6,358.000 | Sysco Corp. | 22.92 | 145,731.31 | 29.40 | 186,925.20 | 8.8 | 3.5 |
| 2,426.000 | Tech Data Corp. | 28.44 | 69,007.57 | 44.02 | 106,792.52 | 5.0 | 0.0 |
| 2,157.000 | USG Corp. | 35.74 | 77,092.54 | 16.83 | 36,302.31 | 1.7 | 0.0 |
| | | | 480,354.22 | | 836,696.31 | 39.2 | 1.1 |
| **TOTAL PORTFOLIO** | | | 1,406,827.08 | | 2,135,228.52 | 100.0 | 1.2 |

, Nashville, TN 37215-2776. Assets are held at an independent custodian. The SEC urges you to compare to custodian's statement. Appraisal prices, if shown, may be estimated in certain cases. Cost, if shown, is adjusted tax basis, which may differ from purchase price. Please check against your own records when filing a tax return.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gilbert S. Merritt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544